GEORGE W. EGBERT, Respondent, *v.* MANOR REALTY COMPANY, Appellant, Impleaded with Others.

*Egbert* v. *Manor Realty Co.,* 134 App. Div. 934, affirmed.
(Argued March 11, 1913; decided March 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to convey real property.

*W. W. Thompson* for appellant.

*George W. Titcomb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.